**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

GLADIMIR DOCTEUR                                            Case No. 17-16649-SMG
            Debtor      /                                     Chapter 13

**DEBTOR'S MOTION TO APPROVE HOMEOWNERS' INSURANCE**
**SETTLEMENT PROCEEDS AND REQUEST TO RETAIN PROCEEDS**
**FOR REIMBURSEMENT EXPENSES ON HOMESTEAD PROPERTY**

The Debtor, GLADIMIR DOCTEUR, by and through undersigned counsel, hereby files this Motion to Approve Homeowners' Insurance Settlement Proceeds and Request to Retain Proceeds for Reimbursement Expenses on Homestead Property, and states as follows:

1. On May 26, 2017, Debtor filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.

2. On or about September 10, 2017, the Debtor's homestead property located at 12821 Trotter Blvd., Davie, FL 33330 (the "Property") sustained significant wind damage *(see attached Exhibit "A")*.

3. The Debtor is waiting for the release of the homeowners' insurance settlement net proceeds from Gregory Funding, LLC in the total amount of $138,367.87 for the repairs of the Property *(see attached Exhibit "B")*.

4. Due to the significant amount of roof damage to the Property, the Debtor made the necessary repairs to the Property and wishes to be reimbursed for these out-of-pocket expenses.

5. The Debtor is seeking Court approval for the retention of the homeowners' insurance settlement net proceeds for the out-of-pocket reimbursement expenses he incurred for the necessary repairs of the Property.

6. The undersigned counsel has agreed to receive the fee for the instant Motion from the settlement proceeds.

**WHEREFORE**, the Debtor respectfully request this Honorable Court grant the Motion to Approve Homeowners' Insurance Settlement Proceeds and Request to Retain Proceeds for Reimbursement Expenses on Homestead Property and for whatever further relief this Court recommends.

Respectfully submitted on this 27th day of October, 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500