324 944-50



# Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| CLAIM NO.: FL19-0114526-... Reinspection ☐ | INSURED |
|---|---|
| **Policy No.:** 1501-1605-3443 | VIOLETTE LAVEAUX and GLADIMIR DOCTEUR |
| **Date of Loss:** 09/10/2017  12:00 AM | 12821 TROTTER BLVD |
| **Type of Loss:** Wind | Davie FL 33330 |
| **Deductible:** $14,500.00 | Home phone: (305) 910-9671 |
| **Year Built:** 2007  **Cat No.:** 136 | Business phone: |
| **Adjuster:** Charles Otto | Mobile phone: |
| **Phone:** | Bus. Fax: |
| **Email:** charles@coastaladj.com | Contact: |
| | **Loss address:** |
| | 12821 TROTTER BLVD |
| | DAVIE FL 33330 |
| **Status:** Claim Opened   **Age:** 754d ... | **Assignees:** Coastal Adjustment Services, Inc. + 1... |
| **Originated:** 05/05/2019, 8:00 PM   by Universal Adjusting Corporation (Alder Adjusting) | |

## DATES

| | | POLICY 1501-1605-3443 | | | |
|---|---|---|---|---|---|
| **Created:** 05/05/2019 | **Assigned:** 05/14/2019 | **Policy Type:** HO3 | | | |
| **Received:** 05/14/2019 | **Contacted:** 05/15/2019 | **Renewed:** time(s) | | | |
| **Inspected:** 06/06/2019 | **Estimated:** 06/13/2019 | **Effective from:** 10/22/2016  **to:** 10/22/2017 | | | |
| **Approved:** | **Job Started:** | Coverage | Limits | Deductible | Reserve |
| **Completed:** 06/13/2019 | **Closed:** | A. Dwelling | $725,000.00 | | |
| **Overall risk condition:** | | B. Other Structures | $72,500.00 | | |
| | | C. Personal Property | $200,000.00 | | |
| | | D. Loss of Use | $145,000.00 | | |

## INITIAL LOSS REPORT

## CAUSE

## DAMAGES

## GENERAL COMMENTS



**Alder Adjusting**
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

# Roofplan:





3242414-50



## Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

**ESTIMATE:** Structure (Charles Otto)  Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR
Completed

### FLOORPLAN: Floorplan

#### General Items

| # | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 1 | Dumpster 40 Yard | 1 | $759.48 | EA | $759.48 | | $0.00 | $759.48 |
| | **General Items - Subtotal** | | | | | | | **$759.48** |

### Guest Room 1



**Length:** 11'11"   **Width:** 14'   **Height:** 9'10" Flat
**Walls:** 509.70 SF   **Walls-subs:** 441.36 SF   **Walls-subs-cas-bsbd:** 409.57 SF
**Doors:** 53.34 SF   **Windows:** 15.00 SF   **Openings:** 0.00 SF   **Missing Walls:** 0.00 SF
**Floor:** 166.83 SF   **Ceiling:** 166.83 SF   **Perim (F):** 42.10 LF   **Perim (C):** 51.84 LF

| # | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 2 | Block, Pad & Move Furniture/Contents Large Room | 1 | $76.52 | EA | $76.52 | | $0.00 | $76.52 |
| 3 | Register, Heat 10" X 6" - Rem/Reset | 2 | $18.63 | EA | $37.26 | | $0.00 | $37.26 |
| 4 | Ceiling Fixture Good - Rem/Reset | 1 | $52.23 | EA | $52.23 | | $0.00 | $52.23 |
| 5 | Smoke Detector Battery Powered - Rem/Reset | 1 | $20.88 | EA | $20.88 | | $0.00 | $20.88 |
| 6 | Outlet/Receptacle, Cover Plate - Rem/Reset | 6 | $3.95 | EA | $23.70 | | $0.00 | $23.70 |
| 7 | Wall Mounted Television - Rem/Reset | 1 | $35.39 | EA | $35.39 | | $0.00 | $35.39 |
| 8 | Intercommunication, Speakers - Rem/Reset | 1 | $50.06 | EA | $50.06 | | $0.00 | $50.06 |
| 9 | Door, Closet, Bi-Fold, Flush 3' - Rem/Reset | 1 | $48.07 | EA | $48.07 | | $0.00 | $48.07 |
| 10 | Blinds, Window, Vertical - Rem/Reset | 1 | $29.26 | EA | $29.26 | | $0.00 | $29.26 |
| 11 | Drywall Patch 1 to 4 SF | 1 | $102.36 | EA | $102.36 | 35% | $1.76 | $100.60 |
| 12 | Texture, Ceiling Knockdown - Remove | 166.83 | $0.76 | SF | $126.79 | | $0.00 | $126.79 |
| 13 | Texture, Ceiling Knockdown - Replace | 166.83 | $0.55 | SF | $91.76 | 35% | $1.17 | $90.59 |
| 14 | Prep & Mask For Painting (SF) | 509.70 | $0.22 | SF | $112.14 | | $0.00 | $112.14 |
| 15 | Ceilings 2 Coats, Roller - Prime & Paint | 166.83 | $0.94 | SF | $156.82 | 35% | $10.51 | $146.31 |
| 16 | Walls 2 Coats, Roller - Prime & Paint | 409.57 | $0.68 | SF | $278.51 | 35% | $24.37 | $254.14 |
| 17 | Final Clean, per SF | 166.83 | $0.16 | SF | $26.69 | | $0.00 | $26.69 |
| | **Guest Room 1 - Subtotal** | | | | | | | **$1,230.63** |



# Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|

**ESTIMATE:** Structure (Charles Otto)    Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR
 Completed

### Guest Room 3

| | | | | |
|---|---|---|---|---|
| **Length:** 11'8" | **Width:** 14' | **Height:** 9'10" Flat | | |
| **Walls:** 504.78 SF | **Walls-subs:** 411.45 SF | **Walls-subs-cas-bsbd:** 379.21 SF | | |
| **Doors:** 73.34 SF | **Windows:** 20.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF | |
| **Floor:** 163.33 SF | **Ceiling:** 163.33 SF | **Perim (F):** 38.60 LF | **Perim (C):** 51.34 LF | |

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 18 | Block, Pad & Move Furniture/Contents Large Room | 1 | $76.52 | EA | $76.52 | | $0.00 | $76.52 |
| 19 | Register, Heat 10" X 6" - Rem/Reset | 2 | $18.63 | EA | $37.26 | | $0.00 | $37.26 |
| 20 | Ceiling Fixture Good - Rem/Reset | 1 | $52.23 | EA | $52.23 | | $0.00 | $52.23 |
| 21 | Smoke Detector Battery Powered - Rem/Reset | 1 | $20.88 | EA | $20.88 | | $0.00 | $20.88 |
| 22 | Drywall Patch 1 to 4 SF | 1 | $102.36 | EA | $102.36 | 35% | $1.76 ✓ | $100.60 |
| 23 | Texture, Ceiling Knockdown - Remove | 163.33 | $0.76 | SF | $124.13 | | $0.00 | $124.13 |
| 24 | Texture, Ceiling Knockdown - Replace | 163.33 | $0.55 | SF | $89.83 | 35% | $1.14 ✓ | $88.69 |
| 25 | Prep & Mask For Painting (SF) | 504.78 | $0.22 | SF | $111.05 | | $0.00 | $111.05 |
| 26 | Ceilings 2 Coats, Roller - Prime & Paint | 163.33 | $0.94 | SF | $153.53 | 35% | $10.29 ✓ | $143.24 |
| 27 | Final Clean, per SF | 163.33 | $0.16 | SF | $26.13 | | $0.00 | $26.13 |
| | **Guest Room 3 - Subtotal** | | | | | | | **$780.73** |

### Great Room

| | | | | |
|---|---|---|---|---|
| **Length:** 24'4" | **Width:** 25'10" | **Height:** 11'10" Flat | | |
| **Walls:** 938.78 SF | **Walls-subs:** 668.12 SF | **Walls-subs-cas-bsbd:** 653.65 SF | | |
| **Doors:** 64.00 SF | **Windows:** 24.00 SF | **Openings:** 182.68 SF | **Missing Walls:** 114.39 SF | |
| **Floor:** 504.23 SF | **Ceiling:** 504.23 SF | **Perim (F):** 49.65 LF | **Perim (C):** 79.32 LF | |

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 28 | Block, Pad & Move Furniture/Contents Extra Large Room | 1 | $96.99 | EA | $96.99 | | $0.00 | $96.99 |
| 29 | Register, Heat 10" X 6" - Rem/Reset | 2 | $18.63 | EA | $37.26 | | $0.00 | $37.26 |
| 30 | Ceiling Fixture Good - Rem/Reset | 1 | $52.23 | EA | $52.23 | | $0.00 | $52.23 |
| 31 | Smoke Detector Battery Powered - Rem/Reset | 1 | $20.88 | EA | $20.88 | | $0.00 | $20.88 |
| 32 | Drywall Patch 1 to 4 SF | 1 | $102.36 | EA | $102.36 | 35% | $1.76 ✓ | $100.60 |
| 33 | Texture, Ceiling Knockdown - Remove | 504.23 | $0.76 | SF | $383.21 | | $0.00 | $383.21 |
| 34 | Texture, Ceiling Knockdown - Replace | 504.23 | $0.55 | SF | $277.33 | 35% | $3.53 ✓ | $273.80 |



# Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Charles Otto) | | Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR | | | | | |
| Completed | | | | | | | |

### Great Room (con't)

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 35 | Prep & Mask For Painting (SF) | 938.78 | $0.22 | SF | $206.53 | | $0.00 | $206.53 |
| 36 | Ceilings 2 Coats, Roller - Prime & Paint | 504.23 | $0.94 | SF | $473.97 | 35% | $31.77 | $442.20 |
| 37 | Final Clean, per SF | 504.23 | $0.16 | SF | $80.68 | | $0.00 | $80.68 |
| **Great Room - Subtotal** | | | | | | | | **$1,694.38** |

### Bar

**Length:** 10'11"  **Width:** 10'  **Height:** 11'10" Flat
**Walls:** 241.59 SF  **Walls-subs:** 201.64 SF  **Walls-subs-cas-bsbd:** 196.83 SF
**Doors:** 0.00 SF  **Windows:** 0.00 SF  **Openings:** 39.96 SF  **Missing Walls:** 114.39 SF
**Floor:** 54.88 SF  **Ceiling:** 54.88 SF  **Perim (F):** 16.50 LF  **Perim (C):** 20.42 LF

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 38 | Drywall Patch 1 to 4 SF | 1 | $102.36 | EA | $102.36 | 35% | $1.76 | $100.60 |
| 39 | Texture, Ceiling Knockdown - Remove | 54.88 | $0.76 | SF | $41.70 | | $0.00 | $41.70 |

> Please note that we did not include contents for this room because the contents rest under a partial ceiling that is not damaged. The main ceiling (located several feet above the underlying ceiling) is the only portion of this room that must be redone. Please refer to image 191 for details.

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 40 | Texture, Ceiling Knockdown - Replace | 54.88 | $0.55 | SF | $30.18 | 35% | $0.39 | $29.79 |
| 41 | Prep & Mask For Painting (SF) | 241.59 | $0.22 | SF | $53.15 | | $0.00 | $53.15 |
| 42 | Ceilings 2 Coats, Roller - Prime & Paint | 54.88 | $0.94 | SF | $51.59 | 35% | $3.46 | $48.13 |
| 43 | Final Clean, per SF | 54.88 | $0.16 | SF | $8.79 | | $0.00 | $8.79 |
| **Bar - Subtotal** | | | | | | | | **$282.16** |

### Kitchen/Living Area

**Length:** 27'  **Width:** 35'8"  **Height:** 11'10" Flat
**Walls:** 1,466.36 SF  **Walls-subs:** 1,044.03 SF  **Walls-subs-cas-bsbd:** 1,009.18 SF
**Doors:** 84.00 SF  **Windows:** 256.00 SF  **Openings:** 82.32 SF  **Missing Walls:** 0.00 SF
**Floor:** 766.19 SF  **Ceiling:** 766.19 SF  **Perim (F):** 102.92 LF  **Perim (C):** 123.92 LF

| | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 44 | Block, Pad & Move Furniture/Contents Extra Large Room | 1 | $96.99 | EA | $96.99 | | $0.00 | $96.99 |
| 45 | Register, Heat 10" X 6" - Rem/Reset | 3 | $18.63 | EA | $55.89 | | $0.00 | $55.89 |
| 46 | Ceiling Fixture Good - Rem/Reset | 1 | $52.23 | EA | $52.23 | | $0.00 | $52.23 |
| 47 | Fixture, Light, Interior, Hanging - Rem/Reset | 1 | $49.60 | EA | $49.60 | | $0.00 | $49.60 |
| 48 | Trim Kit, Recessed Light - Rem/Reset | 4 | $14.10 | EA | $56.40 | | $0.00 | $56.40 |



# Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

**ESTIMATE:** Structure (Charles Otto)     Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR

Completed

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| **Kitchen/Living Area (con't)** | | | | | | | |
| 49  Smoke Detector Battery Powered - Rem/Reset | 1 | $20.88 | EA | $20.88 | | $0.00 | $20.88 |
| 50  Intercommunication, Speakers - Rem/Reset | 2 | $50.06 | EA | $100.12 | | $0.00 | $100.12 |
| 51  Texture, Ceiling Knockdown - Remove | 766.19 | $0.76 | SF | $582.30 | | $0.00 | $582.30 |
| 52  Texture, Ceiling Knockdown - Replace | 766.19 | $0.55 | SF | $421.40 | 35% | $5.36 ✓ | $416.04 |
| 53  Prep & Mask For Painting (SF) | 1,466.36 | $0.22 | SF | $322.59 | | $0.00 | $322.59 |
| 54  Ceilings 2 Coats, Roller - Prime & Paint | 766.19 | $0.94 | SF | $720.21 | 35% | $48.27 ✓ | $671.94 |
| 55  Final Clean, per SF | 766.19 | $0.16 | SF | $122.59 | | $0.00 | $122.59 |
| **Kitchen/Living Area - Subtotal** | | | | | | | **$2,547.57** |

**Guest bathroom 3**

| | | | |
|---|---|---|---|
| **Length:** 9'4" | **Width:** 5' | **Height:** 11'10" Flat | |
| **Walls:** 339.22 SF | **Walls-subs:** 318.55 SF | **Walls-subs-cas-bsbd:** 172.64 SF | |
| **Doors:** 16.67 SF | **Windows:** 4.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF |
| **Floor:** 46.67 SF | **Ceiling:** 46.67 SF | **Perim (F):** 26.16 LF | **Perim (C):** 28.66 LF |

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 56  Block, Pad & Move Furniture/Contents Large Room | 1 | $76.52 | EA | $76.52 | | $0.00 | $76.52 |
| 57  Register, Heat 10" X 6" - Rem/Reset | 2 | $18.63 | EA | $37.26 | | $0.00 | $37.26 |
| 58  Ceiling Fixture Good - Rem/Reset | 1 | $52.23 | EA | $52.23 | | $0.00 | $52.23 |
| 59  Exhaust Fan Cover - Rem/Reset | 1 | $4.75 | EA | $4.75 | | $0.00 | $4.75 |
| 60  Towel Bar Very Good - Rem/Reset | 1 | $26.89 | EA | $26.89 | | $0.00 | $26.89 |
| 61  Mirror Wall, Plate Glass, 1/4" - Rem/Reset | 16.13 | $5.38 | SF | $86.78 | | $0.00 | $86.78 |
| 62  Outlet/Receptacle, Cover Plate - Rem/Reset | 2 | $3.95 | EA | $7.90 | | $0.00 | $7.90 |
| 63  Drywall Patch 1 to 4 SF | 1 | $102.36 | EA | $102.36 | 35% | $1.76 ✓ | $100.60 |
| 64  Texture, Ceiling Knockdown - Remove | 46.67 | $0.76 | SF | $35.47 | | $0.00 | $35.47 |
| 65  Texture, Ceiling Knockdown - Replace | 46.67 | $0.55 | SF | $25.67 | 35% | $0.33 ✓ | $25.34 |
| 66  Prep & Mask For Painting (SF) | 339.22 | $0.22 | SF | $74.63 | | $0.00 | $74.63 |
| 67  Ceilings 2 Coats, Roller - Prime & Paint | 46.67 | $0.94 | SF | $43.87 | 35% | $2.94 ✓ | $40.93 |
| 68  Walls 2 Coats, Roller - Prime & Paint | 172.64 | $0.68 | SF | $117.40 | 35% | $10.27 ✓ | $107.13 |
| 69  Final Clean, per SF | 46.67 | $0.16 | SF | $7.47 | | $0.00 | $7.47 |



## Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Charles Otto) | | Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR | | | | | |
| Completed | | | | | | | |

### Guest bathroom 3 (con't)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Guest bathroom 3 - Subtotal | | | | | | | $683.90 |
| **Floorplan - Subtotal** | | | | | | | **$7,978.85** |

### ROOFPLAN: Roofplan

**Roof**

**Roof area:** 8,239.82 SF  **Squares:** 82.4 SQ  **Soffit:** 1,035.48 SF
**Gutters:** 560.70 LF  **Ridge:** 121.56 LF
**Valley:** 294.59 LF  **Hip rafter:** 541.62 LF

| # | Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 70 | Roof Tile, Concrete, Good - Tear Out | 82.41 | $84.42 | SQ | $6,957.05 | | $0.00 | $6,957.05 |
| 71 | Roof Tile, Concrete, Good - Replace | 90.65 | $409.90 | SQ | $37,157.44 | 65% | $7,921.54 ✓ | $29,235.90 |
| | Includes 10% waste on quantity. | | | | | | | |
| 72 | Ridge Tiles, Concrete - Tear Out | 663.18 | $0.72 | LF | $477.49 | | $0.00 | $477.49 |
| 73 | Ridge Tiles, Concrete - Replace | 729.50 | $8.09 | LF | $5,901.66 | 65% | $2,470.46 ✓ | $3,431.20 |
| | Includes 10% waste on quantity. | | | | | | | |
| 74 | Tear Off, Roof Covering 2 Layers | 82.41 | $31.35 | SQ | $2,583.55 | | $0.00 | $2,583.55 |
| 75 | Felt, 30LB - Replace | 82.41 | $31.66 | SQ | $2,609.11 | 65% | $755.83 ✓ | $1,853.28 |
| 76 | Rolled Roofing Self-Adhering - Replace | 86.53 | $148.73 | SQ | $12,869.60 | 65% | $6,148.08 ✓ | $6,721.52 |
| | Remove/replace roof underlayment. | | | | | | | |
| | Includes 5% waste on quantity. | | | | | | | |
| 77 | Drip Edge (Gutter Apron) Aluminum, Pre-Finish Color, 5" - Tear Out | 560.70 | $0.43 | LF | $241.10 | | $0.00 | $241.10 |
| 78 | Drip Edge (Gutter Apron) Aluminum, Pre-Finish Color, 5" - Replace | 588.74 | $1.96 | LF | $1,153.93 | 65% | $260.22 ✓ | $893.71 |
| | Includes 5% waste on quantity. | | | | | | | |
| 79 | Flashing, Plumbing Vent Lead - Tear Out | 7 | $5.51 | EA | $38.57 | | $0.00 | $38.57 |
| 80 | Flashing, Plumbing Vent Lead - Replace | 7 | $71.20 | EA | $498.40 | 65% | $217.99 ✓ | $280.41 |
| 81 | Valley Flashing, Aluminum - Tear Out | 294.59 | $1.60 | LF | $471.34 | | $0.00 | $471.34 |
| 82 | Valley Flashing, Aluminum - Replace | 309.32 | $4.09 | LF | $1,265.12 | 65% | $384.02 ✓ | $881.10 |
| | Includes 5% waste on quantity. | | | | | | | |
| 83 | Roof Exhaust Vent, Galvanized Medium - Tear Out | 1 | $2.38 | EA | $2.38 | | $0.00 | $2.38 |
| 84 | Roof Exhaust Vent, Galvanized Medium - Replace | 1 | $66.74 | EA | $66.74 | 65% | $23.29 ✓ | $43.45 |
| 85 | Flashing, Step, Aluminum, .016 - Tear Out | 560.70 | $1.07 | LF | $599.95 | | $0.00 | $599.95 |

524 844-50


# Alder Adjusting
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| Description | Quantity | Unit Price | Per | RC | Dep. % | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Charles Otto) | | Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR | | | | | |
| Completed | | | | | | | |
| 86 Flashing, Step, Aluminum, .016 - Replace | 588.74 | $4.18 | LF | $2,460.93 | 65% | $554.89 | $1,906.04 |
|     Includes 5% waste on quantity. | | | | | | | |
| 87 Bird Stop, Eave Closure, Clay Tile Roofing, Clay - Tear Out | 560.70 | $3.39 | LF | $1,900.77 | | $0.00 | $1,900.77 |
| 88 Bird Stop, Eave Closure, Clay Tile Roofing, Clay - Replace | 588.74 | $24.39 | LF | $14,359.37 | 65% | $5,250.38 | $9,108.99 |
|     Includes 5% waste on quantity. | | | | | | | |
| **Roof - Subtotal** | | | | | | | **$67,627.80** |
| **Roofplan - Subtotal** | | | | | | | **$67,627.80** |

324 844-50



**Alder Adjusting**
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

| **ESTIMATE:** Structure (Charles Otto) | Claim #FL19-0114526-E317, VIOLETTE LAVEAUX and GLADIMIR DOCTEUR |
|---|---|
| Completed | |

| | |
|---|---:|
| Total Materials: | $37,716.26 |
| Total Labor: | $61,144.04 |
| Total Equipment: | $895.65 |
| **Subtotal:** | **$99,755.95** |
| | |
| Sales Tax 7.000% (applies to materials and O&P): | $2,640.15 |
| **Replacement Cost Value:** | **$102,396.10** |
| | |
| Replacement Cost on Coverage A. Dwelling: | $102,396.10 |
| Less Recoverable Depreciation (includes taxes): | $(25,839.73) |
| **Net ACV on Coverage A. Dwelling:** | **$76,556.37** |
| **Amount Payable on Coverage A. Dwelling:** | **$76,556.37** |
| Net Coverage A. Dwelling after Deductible if Depreciation Is Recovered: | $102,396.10 |
| **Amount Payable on Coverage A. Dwelling if Depreciation Is Recovered:** | **$102,396.10** |
| | |
| Deductible ($14,500.00): | $(14,500.00) |
| **Net Estimate:** | **$62,056.37** |
| | |
| Total Net Recoverable Depreciation: | $25,839.73 |
| **Net Estimate if Depreciation Is Recovered:** | **$87,896.10** |

Finalization

**Alder Adjusting**
1110 W. Commercial Blvd,
Fort Lauderdale, Florida 33309

## Floorplan:

