**GREGORY FUNDING**

PO BOX 25430
Portland, OR 97298

www.GregoryFunding.com
Correspondence Address:
PO Box 25430
Portland, OR 97298-0430
Fax: 866-712-5696
Contact: 866-712-5698
Hours of Operation Monday – Friday
6:30am - 6:00pm Pacific Time

Loan Number: _324744550_ Last Name: _Docteur_

Property Address: _12821 Trotter Blvd_

Type of Damage: _Roof / Interior_

Date of Damage: _9/10/2017_

## Request for Funds

I, _____ of _____ request funds to
       (Contractor)                    (Company)

start / continue / complete work for the property located at _12821 Trotter Blvd_
(circle one)                                          (Property Address)

for _Vladimir Docteur_ . Please send $ _138,367.87_ .
         (Owner)

This will leave a balance on the contract of $ _0_ . Once work is complete and contract is paid off any liens against the property will be released.

Signed _[signature]_ Date _10/16/2020_

Print _Vladimir Docteur_

Please fax or mail this request to:

Gregory Funding
Its successors and/or assigns ATIMA
PO Box 25430
Portland, Oregon 97298
Fax: 866-712-5696

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

We are a debt collector and information you provide to us may be used to collect a debt. However, if you filed for bankruptcy, we respect any stay, modification or discharge condition and this notice is given for regulatory compliance and information purposes only. If we are subject to a stay in your bankruptcy or you are receiving this solely as successor in interest, this letter is not a demand for payment. If this debt is discharged under bankruptcy law or you are merely successor in interest, you are not personally liable for the debt. According to the mortgage and within the limits of bankruptcy law, we retain our rights to enforce the mortgage lien against the collateral property.